UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

BEFORE: THE HONORABLE LEO M. GORDON, JUDGE

| | |
|---|---|
| POKARNA ENGINEERED STONE LIMITED & M S INTERNATIONAL, INC.,<br><br>      Plaintiff and Consolidated Plaintiff,<br>v.<br><br>UNITED STATES,<br><br>      Defendant,<br>and<br><br>CAMBRIA COMPANY LLC,<br><br>      Defendant-Intervenor. | Consol. Ct. No. 20-00127 |

## NOTICE OF APPEAL

Notice is hereby given that M S International, Inc., Consolidated Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Pokarna Engineered Stone Limited & M S International, Inc. v. United States & Cambria Company LLC*, Consol. Ct. No. 20-00127, on October 7, 2021 (CM/ECF Nos. 76-77).

                                                                           Respectfully submitted,

                                                                           /s/ Jonathan T. Stoel
                                                                           Jonathan T. Stoel
                                                                           Jared R. Wessel
                                                                           Nicholas R. Sparks

                                                                           HOGAN LOVELLS US LLP
                                                                           555 Thirteenth Street, N.W.
                                                                           Washington, DC 20004-1109

                                                                           *Counsel to M S International, Inc.*

Dated: October 18, 2021